## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

K & M IMPORTS, INC.,

      Plaintiff,

v.                                        Case No. 6:05-cv-1242-31DAB

HERITAGE, INC., a Louisiana
corporation, H.G. DESIGN, LLC and
5630 GENTILLY ROAD, LLC, Louisiana
limited liability companies, collectively
d/b/a HERITAGE GALERIE, INC.,
DAVID A. HOWELL and JUSTIN
HOWELL, individuals,

      Defendants.

_____/

### STIPULATED MOTION OF DISMISSAL WITH PREJUDICE

Plaintiff K & M IMPORTS, INC. and Defendants HERITAGE, INC., H.G. DESIGN, LLC, 5630 GENTILLY ROAD, LLC, DAVID A. HOWELL and JUSTIN HOWELL, through their respective counsel, hereby jointly request that the Court dismiss this civil action with prejudice, and that each party pay its or his own costs and attorneys' fees.

Respectfully submitted this 20th day of September, 2006.

/s/ Ava K. Doppelt
Ava K. Doppelt
Florida Bar No. 393738
ALLEN, DYER, DOPPELT, MILBRATH
& GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile:  (407) 841-2343
E-mail:  adoppelt@addmg.com

**Attorneys for Plaintiff
K & M IMPORTS, INC.**

/s/ Jeffrey R. Jontz
Jeffrey R. Jontz
Swann & Hadley, P.A.
1031 W. Morse Blvd., Suite 350
Winter Park, FL 32789
Telephone:  407-647-2777
Facsimile:   407-647-2157
E-mail:  jjontz@swannhadley.com

Attorney for Defendants
**HERITAGE, INC.; H.G. DESIGN, LLC;
5630 GENTILLY ROAD, LLC; DAVID A.
HOWELL and JUSTIN HOWELL**