**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**K & M IMPORTS, INC.,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-1242-Orl-31DAB**

**HERITAGE, INC., H.G. DESIGN, LLC,**
**5630 GENTILLY ROAD, LLC d/b/a**
**Heritage Gallerie, Inc., DAVID A.**
**HOWELL & JUSTIN HOWELL,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulated Motion of Dismissal with Prejudice (Doc. No. 41), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the June 2007 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 21, 2006.

                                                                           GREGORY A. PRESNELL
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party